IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Defendant. | CV 21–81–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Voluntary Dismissal Pursuant to Rule 41. (Doc. 32.) The stipulation states that the parties stipulate that this case should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 12th day of January, 2023.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1